# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Diana Cissner | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-121 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The ALJ's decision issued on August 26, 2014 is affirmed; Judgment in favor of the Defendant and against Plaintiff. Case terminated on Court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington on a motion for Decision and Entry

Date: 9/1/2017

CLERK OF COURT

*Saphia R. Bryan*
Signature of Clerk or Deputy Clerk